SHEPPARD, *alias* ROBERSON, *v.* THE STATE.

HILL, J.  1.  The alleged newly discovered evidence is purely impeaching in character and does not furnish ground for a new trial.
2.  The evidence was sufficient to support the verdict.

> *Judgment affirmed.    All the Justices concur.*
> DECEMBER 15, 1915.

Indictment for murder.  Before Judge Graham.  Montgomery superior court.  August 17, 1915.

*A. C. Saffold,* for plaintiff in error.

*Clifford Walker, attorney-general, W. A. Wooten, solicitor-general,* and *Mark Bolding,* contra.